IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:98-cr-00013-MP

PATRICK ALAN LEE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion Deeming Restitution Satisfied by USA as to Patrick Alan Lee, Doc. 131. The United States has requested that this Court deem satisfied Mr. Lee's $43,000 obligation to provide restitution to Nationwide Mutual Ins. Co. ("Nationwide"). Defendant has paid some of the outstanding balance, and Nationwide has offered to settle the remaining balance in return for a payment of $5,000. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion Deeming Restitution Satisfied, Doc. 131, is GRANTED.

    2.    Defendant's obligation to pay restitution to Nationwide, including interest and penalties, is SATISFIED.

    **DONE AND ORDERED** this  *29th*  day of June, 2010

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge