IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:98-cr-00013-MP

PATRICK ALAN LEE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 133, Motion to Deem Restitution Satisfied by USA. The government requests that the Court deem satisfied Defendant's $7,000 obligation to provide restitution to American States Insurance Company. American States Insurance Company has agreed to accept a payoff settlement offer of $1,000.00, waiving all interest and penalties on the restitution. On May 18, 2011, Defendant deposited $1,000.00 with the U.S. District Clerk of Court. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion to Deem Restitution Satisfied, Doc. 133, is GRANTED.

    2.    Defendant's obligation to pay restitution to American States Insurance Company, including interest and penalties, is SATISFIED.

    **DONE AND ORDERED** this  *24th* day of May, 2011

                                             *s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge